

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00084-CV

———————————————

IN THE INTEREST OF E.H. AND R.L., CHILDREN

On Appeal from the 323rd District Court
Tarrant County, Texas
Trial Court No. 323-107000-18

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

R.B. attempts to appeal from a March 1, 2019 order granting a timely-filed motion for new trial while the trial court still had plenary power over the underlying case. *See* Tex. R. Civ. P. 329b(e). Appellant has not responded to our letter questioning our jurisdiction over the appeal.

An order granting a motion for new trial is generally not appealable. *See In re Columbia Med. Ctr. of Las Colinas, Subsidiary, L.P.*, 290 S.W.3d 204, 209 (Tex. 2009) (orig. proceeding) (explaining two exceptions not applicable here: that the order was void or recited that the only reason for the new trial was conflicting jury answers on special issues); *In re C.G.*, No. 02-16-00062-CV, 2016 WL 1393386, at *1 (Tex. App.—Fort Worth Apr. 7, 2016, no pet.) (mem. op.). Likewise, the granting of a new trial moots an already-pending appeal on the merits of a previously rendered judgment. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005); *In re C.D.E.*, No. 02-12-00051-CV, 2012 WL 955381, at *1 (Tex. App.—Fort Worth Mar. 22, 2012, no pet.) (mem. op.).

Because appellant has not shown any reason why this court has jurisdiction over her appeal, we dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: June 6, 2019